William Jansen, Appellee, v. Milk Wagon Drivers' Union, Local 753 et al., Appellants.

Gen. No. 42,046.

opinion filed November 4, 1943; rehearing denied November 23, 1943. David A. Riskind and Abraham W. Brussell, for appellants; Russell J. Topper, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.